1 | STAN S. MALLISON (Bar No. 184191)
　　StanM@TheMMLawFirm.com
2 | HECTOR R. MARTINEZ (Bar No. 206336)
　　HectorM@TheMMLawFirm.com
3 | CODY A. BOLCE (Bar No. 322725)
　　CBolce@TheMMLawFirm.com
4 | MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
5 | Oakland, California 94612-3547
Telephone: (510) 832-9999
6 | Facsimile: (510) 832-1101

7 | Attorneys for Plaintiffs and a Class of Similarly Situated Employees

# UNITED STATES SUPERIOR COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| FIDEL ARELLANO, ARTURO VILLA, and JUAN VASQUEZ, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>BOGLE VINEYARDS, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01971-KJM-CKD<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND MOVING DATE OF PRETRIAL SCHEDULING CONFERENCE** |

-1-

# ORDER

Pursuant to the joint stipulation of the Parties and good cause appearing, it is hereby ordered:

1. The Stipulation re: Plaintiffs' First Amended Complaint is granted;
2. Plaintiffs may file their First Amended Complaint **within seven days**;
3. Defendant shall have 21 days to Answer Plaintiff's First Amended Complaint; and
4. The Parties Status (Pretrial Scheduling) Conference will be moved from its current date of October 24, 2024 to its original date of **December 19, 2024 at 2:30 p.m. before the undersigned** to allow the Parties sufficient time to meet and confer and comply with Federal Rule of Civil Procedure 26(a) following the filing of Plaintiff's First Amended Complaint and Defendant's Answer. The parties joint status report is due 14 days prior to the Conference.

**IT IS SO ORDERED.**

DATED: October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE